# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN A. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>A. HERRICK and R. PARKER,<br><br>    Defendants. | Case No. 1:15-cv-01299-LJO-EPG (PC)<br><br>ORDER ON DEFENDANTS' NOTICE OF ERRATA<br><br>(ECF NO. 44)<br><br>14 DAY DEADLINE |

On November 1, 2017, Defendants filed a notice of errata. (ECF No. 44). According to Defendants, they "erroneously omitted the substance of Exhibit D to the Declaration of J. Barba in support of their motion for summary judgment." (Id. at 1). Defendants attached the declaration of J. Barba and Exhibit D to the notice of errata. Defendants ask that the Court strike the old declaration and consider the declaration with the attached Exhibit D that is attached to the notice of errata.

The Court finds good cause to grant Defendants' request.

Accordingly, IT IS HEREBY ORDERED THAT pages 26-28 of ECF No. 40 are STRIKEN. The Court will consider instead the declaration of J. Barba and Exhibit D that are attached to the notice of errata. Plaintiff has fourteen days from the date of service of this order to submit a reply and objections to Exhibit D.

IT IS SO ORDERED.

Dated: **November 3, 2017**  /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE