# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN A. DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>A. HERRICK and R. PARKER,<br><br>        Defendants. | Case No. 1:15-cv-01299-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NOS. 1 & 52) |

Glen A. Davis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 15, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that Plaintiff's claim against defendant Herrick based on the alleged filing of a false rules violation report be dismissed. (ECF No. 52).

Both parties were provided an opportunity to file objections to the findings and recommendations. The time period for objecting has passed, and no objections have been filed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

---

[1] Plaintiff filed "Objections to Magistrate Judges Findings and Recommendations" on March 8, 2018. (ECF No. 53). However, these objections appear to relate to the findings and recommendations that were issued on February 13, 2018 (ECF No. 51).

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on February 15, 2018, are ADOPTED in full; and
2. Plaintiff's claim against defendant Herrick based on the alleged filing of a false rules violation report is DISMISSED.

IT IS SO ORDERED.

Dated: **March 20, 2018**           **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE